THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL ODDY, Appellant. [627 NYS2d 597] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Resubmission of Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Possession Stolen Property, 3rd Degree.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.